# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# TOPEKA DIVISION

| | |
|---|---|
| JANAE WOLLENBERG; SHELLY INGRAM; and RACHEL WHETSTONE, individually and on behalf of other members of the putative class,<br><br>        Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.,<br><br>        Defendant. | CASE NO. 05:23-cv-04029-TC-TJJ<br><br>[Removed from Twenty-First Judicial District Riley County, Kansas Case No. RL-2023-CV-000055]<br><br>JURY DEMANDED |

## DEFENDANT BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.'S
## NOTICE OF FILING COPIES OF ALL
## <u>STATE COURT RECORDS AND PROCEEDINGS</u>

Defendant Blue Cross and Blue Shield of Kansas, Inc., by and through undersigned counsel, pursuant to D. Kan. Rule 81.2 regarding removed actions, hereby files copies of all state court records and proceedings, attached hereto as follows:

    **Exhibit A**    Docket (Case Summary)

    **Exhibit B**    Class Action Petition

    **Exhibit C**    Civil Cover Sheet

    **Exhibit D**    Request and Service Instruction Form

    **Exhibit E**    Summons

    **Exhibit F**    Blue Cross and Blue Shield of Kansas Inc. Notice of Filing Notice of Removal

DATED this 25th day of April, 2023.

                                                    Respectfully submitted,

                                                  SHOOK, HARDY & BACON L.L.P.

2

By: */s/ Michael J. Cappo*
Michael J. Cappo     KS Bar #26323
2555 Grand Boulevard
Kansas City, MO  64108
Telephone:     816-474-6550
Facsimile:     816-421-5547
mcappo@shb.com

***Attorneys for Defendant***
***Blue Cross and Blue Shield of Kansas, Inc.***

2

4857-1257-2766

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2023, the foregoing document was filed with the Clerk of the Court via the **CM/ECF system**, and served via **Electronic Mail** upon counsel of record, as follows:

Catherine D. Singer
William D. Beil
GM LAW PC
1201 Walnut
Suite 2000
Kansas City, MO  64106
Telephone:  816-460-3319
Facsimile:  816-471-2221
catherines@gmlawpc.com
billb@gmlawpc.com

William J. Bahr
ARTHUR-GREEN, LLP
801 Poyntz Avenue
Manhattan, KS  66502
Telephone:  785-537-1345
bahr@arthur-green.com

*Attorneys for Plaintiffs*

/s/ *Michael J. Cappo*
Michael J. Cappo

3

4857-1257-2766