IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| JANAE WOLLENBERG; SHELLY INGRAM; and RACHEL WHETSTONE, individually and on behalf of other members of the putative class,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.,<br><br>Defendant. | CASE NO. 5:23-cv-04029-TC-TJJ<br><br>[Removed from Twenty-First Judicial District Court of Riley County, Kansas Case No. RL-2023-CV-000055 Div. I] |

**NOTICE OF SETTLEMENT**

Plaintiffs, Janae Wollenberg, Shelly Ingram, and Rachel Whetstone, and Defendant, Blue Cross and Blue Shield of Kansas, Inc. ("Parties"), hereby give notice that they have reached an agreement in principle of the material terms of a settlement which will result in the dismissal of this action. The Parties are in the process of reducing the settlement terms to document(s) which they anticipate will be executed by them. Accordingly, they jointly request that all current deadlines in the Scheduling Order and otherwise be suspended pending execution of the settlement documents and filing a Stipulation of Dismissal, or further notice from the Parties.

Dated: March 17, 2025                    Respectfully submitted,


By   */s/ Catherine D. Singer*
      Catherine D. Singer    KS Bar #22356
      William D. Beil        KS Bar #18072
      GM LAW PC
      1201 Walnut, Suite 2000
      Kansas City, MO 64106
      Telephone:    (816) 460-3319
      Facsimile:    (816) 471-2221
      catherines@gmlawpc.com
      billb@gmlawpc.com

      William J. Bahr       KS Bar #18236
      Arthur-Green, LLP
      801 Poyntz Avenue
      Manhattan, KS 66502
      Telephone: (785) 537-1345
      bahr@arthur-green.com

      *Attorneys for Plaintiffs*


By   */s/ Michael J. Cappo*
      Michael J. Cappo (KS Bar #26323)
      Christopher R. Wray (MO Bar #66341)
      Sarah E. Jones (D. Kan. Bar #78966)
      Robert A. McClendon, *Pro Hac Vice*
      SHOOK HARDY & BACON L.L.P.
      2555 Grand Boulevard
      Kansas City, MO 64108
      Telephone:    816-474-6550
      Facsimile:    816-421-5547
      mcappo@shb.com
      cwray@shb.com
      wstewart@shb.com


      Thomas J. Sullivan (PHV)
      Two Commerce Square
      2001 Market Street
      Philadelphia, PA 19103
      Telephone: 215-278-2555

        Facsimile:    215-278-2594
        tsullivan@shb.com

***Attorneys for Defendant***
***Blue Cross and Blue Shield of Kansas, Inc.***

## CERTIFICATE OF SERVICE

    I hereby certify the foregoing was electronically filed on the 17th day of March 2025, via the CM/ECM filing system, which will send notification via electronic mail to all counsel of record.

    /s/*Catherine D. Singer*
    *Attorney for Plaintiffs*

3