## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## TOPEKA DIVISION

| | |
|---|---|
| JANAE WOLLENBERG; SHELLY INGRAM; and RACHEL WHETSTONE, individually and on behalf of other members of the putative class, <br><br> Plaintiffs, <br><br> v. <br><br> BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., <br><br> Defendant. | CASE NO. 5:23-cv-04029-TC-TJJ |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiffs Janae Wollenberg, Shelly Ingram and Rachel Whetstone, as well as Defendant Blue Cross Blue Shield of Kansas, Inc. hereby jointly stipulate to the dismissal of this action with prejudice.

*(Signatures on the following page).*

Dated: April 15, 2025

| | |
|---|---|
| SHOOK, HARDY & BACON, LLP | GM LAW PC |
| /s/*Christopher Wray* | /s/ *Catherine D. Singer* |
| Michael J. Cappo | |
| Christopher R. Wray | Catherine D. Singer    KS #26271 |
| Sarah E. Jones | William D. Beil    KS #18072 |
| Robert A. McClendon | 1201 Walnut Street, Suite 2000 |
| 2555 Grand Boulevard | Kansas City, Missouri 64106 |
| Kansas City, MO 64108 | Telephone: 816-471-7700 |
| Telephone: 816-474-6550 | catherines@gmlawpc.com |
| mcappo@shb.com | billb@gmlawpc.com |
| cwray@shb.com | |
| sejones@shb.com | -and- |
| rmcclendon@shb.com | |
| kross@shb.com | William J. Bahr    KS #18236 |
| | ARTHUR-GREEN, LLP |
| -and- | 801 Poyntz Avenue |
| | Manhattan, KS 66502 |
| Thomas J. Sullivan, *Pro Hac Vice* | Telephone: 785-537-1345 |
| Two Commerce Square | bahr@arthur-green.com |
| 2001 Market Street | |
| Suite 3000 | |
| Philadelphia, PA 19103 | |
| Telephone: 215-278-2555 | |
| tsullivan@shb.com | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day pf April 2025, a true and correct copy of the foregoing was electronically filed via the Court's ECF/CM which will serve notice of same to all counsel of record.

                                         /s/*Catherine D. Singer*
                                         Catherine D. Singer